FILED

03/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0556

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 20-0556

| | | |
|---|---|---|
| DEANNA H. McATEE, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | **GRANT OF EXTENSION** |
| vs. | ) | |
| | ) | |
| MORRISON AND FRAMPTON, PLLP, | ) | |
| | ) | |
| Appellee. | ) | |

Having reviewed Appellee M&F's Unopposed Motion for Extension of Time, and the Court having found good cause therein,

IT IS HEREBY ORDERED that Appellee M&F shall have an extension to and including **Wednesday, April 21, 2021**, within which to file its response brief.

SO ORDERED.

DONE AND DATED by electronic signature as indicated below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 4 2021